IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GREGORY H. LEESEMAN, *et al.*,

    Plaintiffs,

v.

LOWE'S HOME CENTERS, INC.
d/b/a LOWE'S, *et al.*,

    Defendants.

Case No. 3:13-cv-68

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #24) IN THEIR ENTIRETY; SUSTAINING PLAINTIFFS' MOTION FOR REMAND (DOC. #6); OVERRULING PLAINTIFFS' MOTION FOR HEARING AS MOOT (DOC. #23); DIRECTING CLERK OF COURT TO REMAND CASE TO CLARK COUNTY COURT OF COMMON PLEAS; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington, in her August 26, 2013, Report and Recommendations (Doc. #24), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed within the time allotted.

Because this Court lacks subject matter jurisdiction, it SUSTAINS Plaintiffs' Motion to Remand (Doc. #6), and DIRECTS the Clerk of Court to REMAND the case to the Clark County Court of Common Pleas. Plaintiffs' Motion for Hearing (Doc. #23) is OVERRULED AS MOOT.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 13, 2013

*[signature]*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE